FILED
2023 Sep-12  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE GREGORY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:23-cv-00328-JHE |
| ) | |
| v. ) | |
| ) | |
| MOORE OIL CO., LLC and ) | |
| MOORE OIL CO., INC. ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Steve Gregory, and Defendants, Moore Oil Co., LLC., and Moore Oil Co., Inc., by and through the undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 12th day of September, 2023.

Respectfully submitted,

*/s/ Edward I. Zwilling*
Edward I. Zwilling
Attorney for Plaintiff

THE LAW OFFICES OF EDWARD
I. ZWILLING, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
(205) 822-2701

edwardzwilling@zwillinglaw.com

John Allen Fulmer II
FULMER LAW FIRM, PC
2330 Highland Ave S
Birmingham, AL 35205
205-210-5555
jaf@jafulmerlaw.com

Peter H. Burke
CR LEGAL TEAM, LLP
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243
205-747-1901
phburke@crlegalteam.com

                                                */s/ Wayne Morse*
                                                Wayne Morse
                                                Attorneys for Defendants

WALDREP STEWART &
KENDRICK, LLP
2850 19th Street South
Suite 370
Homewood, Al 35209
(205) 327-8325
morse@wskllp.com