# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:23-cv-00328-JHE |
| ) | |
| MOORE OIL CO., LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice.

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: September 12, 2023

GREER M. LYNCH, CLERK

By: __A. Day_____
       Deputy Clerk